# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

IN RE POLYESTER STAPLE     )
ANTITRUST LITIGATION      )    **MDL DOCKET NO: 3:03CV1516**
_____ )    *Civil Docket No.: 3:03CV283*

CMI INDUSTRIES, INC.,      )
        Plaintiff,       )
                    )
        vs.           )
                    )
WELLMAN, INC., et al.,      )
        Defendants.    )
_____ )

      **THIS MATTER** comes before the Court on the joint motion of Plaintiff CMI Industries, Incorporated ("CMI"), and Defendant Wellman, Incorporated ("Wellman") to dismiss Defendant Wellman with prejudice. (*MDL Individual Action No.: 3:03CV283*)  CMI does not seek to dismiss any other claims or parties.

      **IT IS HEREBY ORDERED** that the parties' joint motion is **GRANTED**.  Accordingly, Defendant Wellman is **DISMISSED WITH PREJUDICE**.  Pursuant to the parties' agreement, each party is to bear its own costs.

**Signed: September 2, 2005**

Richard L. Voorhees
United States District Judge

**Signed: September 28, 2005**

Richard L. Voorhees
United States District Judge