IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

MDL DOCKET NO.: 3:03CV1516
WDNC DOCKET NO.: 3:03-CV-283
CIVIL ACTION NO.: 3:03-742-17

| | |
|---|---|
| CMI INDUSTRIES, INC.,<br><br>                  Plaintiff,<br><br>v.<br><br>KOCH INDUSTRIES, INC.;<br>ARTEVA SERVICES S.A.R.L.;<br>ARTEVA SPECIALTIES S.A.R.L. D/B/A KOSA;<br>HOECHST CELANESE CORPORATION;<br>HOECHST AKTIENGESELLSHAFT (AG); and<br>TROY F. STANLEY, SR.; resident of Forest City, North Carolina,<br><br>                  Defendants. | ORDER DISMISSING DEFENDANTS KOCH INDUSTRIES, INC.; ARTEVA SERVICES S.A.R.L.; ARTEVA SPECIALTIES S.A.R.L. D/B/A KOSA; AND TROY F. STANLEY, SR. WITH PREJUDICE |

     For good cause shown, the above-captioned action is dismissed with prejudice against Defendants Koch Industries, Inc.; Arteva Services, S.a.r.l.; Arteva Specialties, S.a.r.l., d/b/a KoSa, now named INVISTA S.à.r.l.; and Troy F. Stanley, Sr. only, and with each party to bear its own costs. This Order does not hereby dismiss any other claims or parties.

This 1st day of FEB., 2006.

_____
The Honorable Richard L. Voorhees