IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE: POLYESTER STAPLE ANTITRUST LITIGATION | MDL DOCKET NO: 3:03-CV-1516 |
|---|---|
| CMI INDUSTRIES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>E. I DUPONT DE NEMOURS, CO., et al.<br><br>Defendants. | WDNC DOCKET NO.: 3:03-CV-283 |

### ORDER DISMISSING DEFENDANTS HOECHST CELANESE CORPORATION AND HOECHST AKTIENGESELLSCHAFT WITH PREJUDICE

For good cause shown, the above-captioned action is dismissed with prejudice against all named defendants, Hoechst Celanese Corporation (later known as HNA Holdings, Inc. and now known as CNA Holdings, Inc.) and Hoechst Aktiengesellschaft (now known as Hoechst GmbH), and with each party to bear its own fees and costs.

This ___ day of June, 2008.

The Honorable Richard L. Voorhees